UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Rhonda Musikar-Rosner**
    Plaintiff

V.

    CIVIL ACTION

    NO. **1:23-cv-11746-ADB**

**Johnson & Johnson Consumer Inc.**
    Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

    Pursuant to the court's Memorandum and Order [Doc. No. 42] granting Defendants' Motion to Dismiss [Doc. No. 33], the above-entitled action is dismissed. This case is CLOSED.

    IT IS SO ORDERED.

                                         By the Court,

7/31/2024                                                                   /s/ Caetlin McManus
Date                                                                        Deputy Clerk